**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Whiting Oil and Gas Corporation and | ) | |
| Whiting Petroleum Corporation, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Aledo Energy Services, a/k/a Turf Services | ) | |
| of Texas, LLC, | ) | |
| | ) | Case No. 4:15-cv-020 |
| Defendant. | ) | |

Before the court are motions for attorneys Fernando M. Bustos and Aaron M. Pier to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Fernando M. Bustos and Aaron M. Pier have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 30 and 31) are **GRANTED**. Attorneys Fernando M. Bustos and Aaron M. Pier are admitted to practice before this court in the above-entitled action on behalf of the .

**IT IS SO ORDERED.**

Dated this 7th day of April, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court